## CLOUD SATCHEL, LLC, Plaintiff–Appellant

v.

## BARNES & NOBLE, INC., Amazon.com, Defendants–Appellees.

Nos. 2015–1261, 2015–1262.

United States Court of Appeals, Federal Circuit.

Dec. 17, 2015.

David P. Swenson, Farney Daniels PC, Minneapolis, MN, argued for appellant. Also represented by Peter Thomas.

Abby M. Mollen, Barlit Beck Herman Palenchar & Scott LLP, Chicago, IL, argued for appellees. Appellee Barnes & Noble, Inc., also represented by James S. Blackburn, Arnold & Porter, LLP, Los Angeles, CA; Matthew Wolf, Washington, DC; Willow White Noonan, San Francisco, CA. Appellee Amazon.com also represented by Adam Mortara, Bartlit Beck Herman Palenchar & Scott LLP, Chicago, IL; Jeffrey H. Dean, Amazon.com, Inc., Seattle, WA.

PROST, Chief Judge, CLEVENGER and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.